**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 2869 Disciplinary Docket No. 3 |
| | : | |
| STEPHANIE JULIA BROWN | : | No. 36 DB 2022 |
| | : | |
| | : | (Supreme Court of New Jersey, D-111 |
| | : | September Term 2020) |
| | : | |
| | : | Attorney Registration No. 94715 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 12th day of May, 2022, having failed to respond to a Notice and Order directing her to provide reasons against the imposition of reciprocal discipline, Stephanie Julia Brown is disbarred from the practice of law in the Commonwealth of Pennsylvania.  She shall comply with all provisions of Pa.R.D.E. 217.